**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1735

ERIC E. MILLER,

        Plaintiff - Appellant,

    v.

COLONIAL PIPELINE COMPANY; STATE OF VIRGINIA; UNITED STATES OF AMERICA; ENGLISH CONSTRUCTION COMPANY, INC.; DOUGLAS DALTON, JR., CEO; JESSICA D. ABER; JAMES P. KENT, JR.; VIRGINIA ATTORNEY GENERAL; JASON S. MIYARES,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:21-cv-00762-DJN)

Submitted:  December 20, 2022           Decided:  December 22, 2022

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eric E. Miller, Appellant Pro Se.  Jonathan Holland Hambrick, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia; Andrew Franklin Gann, Jr., Katherine Elizabeth Lehnen, Richmond, Virginia, Sylvia Macon Kastens, MCGUIREWOODS, LLP, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric E. Miller appeals the district court's order dismissing his amended civil complaint as to some defendants without prejudice for failure to serve under Fed. R. Civ. P. 4(m) and the remaining defendants with prejudice for failure to state a claim under Fed. R. Civ. P. 12(b)(6).   We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Miller v. Colonial Pipeline Co.*, No. 3:21-cv-00762-DJN (E.D. Va. June 24, 2022).   We deny Miller's motion for appointment of counsel.   We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*